No. 16,921.

MACEDONIA BAPTIST CHURCH ET AL. *v.* SCHOOL DISTRICT No. 1, DENVER ET AL.

(260 P. [2d] 600)

Decided July 20, 1953. Rehearing denied August 17, 1953.

PER CURIAM.

Judgment affirmed en. banc without written opinion.

Mr. GEORGE G. ROSS, for plaintiffs in error.

Messrs. McDOUGAL, KLINGSMITH & ROGERS, for defendant in error Macedonia Baptist Church.

Messrs. LEWIS, GRANT, NEWTON, DAVIS & HENRY, for defendant in error School District No. 1.